UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

J<small>AMERO</small> T. M<small>OSES</small>, et al.,

       Plaintiffs,

v.

T<small>HOMAS</small> F<small>INCO</small>, et al.,

       Defendants.
                             /

Case No.: 1:16-cv-248

HONORABLE PAUL L. MALONEY

## ORDER ADOPTING MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody in this action (ECF No. 38). The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that Plaintiffs' Motion for Preliminary Injunction (ECF No. 31) is **DENIED**.


Dated: May 11, 2017                             /s/ Paul L. Maloney
                                                           Paul L. Maloney
                                                           United States District Judge