UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| JAMERO T. MOSES, #231885, et al., )<br>Plaintiffs, )<br>)<br>-v- )<br>)<br>THOMAS FINCO, et al., )<br>Defendants. )<br>) | No. 1:16-cv-248<br><br>Honorable Paul L. Maloney |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date (ECF No. 128), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**IT IS SO ORDERED.**

Date: September 17, 2019              /s/ Paul L. Maloney
                                      Paul L. Maloney
                                      United States District Judge